RIVER HEIGHTS CONSTRUCTION CORPORATION, Appellant, *v.* GENERAL ELECTRIC APPLIANCES, INC., Respondent.

Argued April 12, 1951; decided May 24, 1951.

*Myron Kommel* and *Sidney C. Norris* for appellant.
*Phil E. Gilbert, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.